## IN RE SEAN H. ET AL.

The respondent Albert Harris' petition for certification for appeal from the Appellate Court, 24 Conn. App. 135, is denied.

*David B. Rozwaski,* in support of the petition.

*Melissa A. Buckley* and *Linda Pearce Prestley,* assistant attorney general, in opposition.

Decided March 27, 1991

## STATE OF CONNECTICUT *v.* CARL NESMITH

The defendant's petition for certification for appeal from the Appellate Court, 24 Conn. App. 158, is granted, limited to the following issue:

"In the circumstances of this case, was the defendant entitled to have the trial court instruct the jury, in accordance with his request, on the doctrine of nonexclusive possession of the premises?"

*James N. Crane,* in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided April 11, 1991

## E. JANICE AUGERI *v.* PLANNING AND ZONING COMMISSION OF THE CITY OF MIDDLETOWN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 24 Conn. App. 172, is denied.

*Gerald L. Garlick,* in support of the petition.

*Trina A. Solecki,* city attorney, and *John H. Hanks,* in opposition.

Decided April 11, 1991